## NEAL V. CITY OF SHEFFIELD.

(Decided Feb. 6, 1908. Rehearing denied May 14, 1908.)

APPEAL from Colbert Circuit Court.

Heard before Hon. JOS. H. NATHAN.

JAMES H. BRANCH, for appellant. W. S. WHITE, and JOHN H. PEACH, for appellee.

Per curiam. Dismissed for want of prosecution, and motion to set aside judgment and dismissal denied.

---

## PEARSON V. HOOPER.

(Decided April 11, 1908.)

APPEAL from Marshall Circuit Court.

Heard before Hon. W. W. HARALSON.

GOODHUE & BLACKWOOD, and JOHN A. LUSK, for appellant. STREET & ISBELL, for appellee.

DOWDELL, J. Affirmed on authority of *Hooper v. Nuckles,* 39 South. 711.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.